**UNITED STATES of America, Plaintiff–Appellee**

v.

**Jose Antonio VALENCIANO–ESPINOZA, Defendant–Appellant.**

No. 08–10970
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 18, 2009.

Amanda R. Burch, U.S. Attorney's Office, Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Jerry V. Beard, Assistant, Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Fort Worth, TX, Michael L. King, Federal Public Defender's Office, Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Antonio Valenciano–Espinoza presents arguments that he concedes are foreclosed by *United States v. Brown*, 920

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

F.2d 1212, 1216–17 (5th Cir.1991), *abrogated on other grounds by United States v. Candia,* 454 F.3d 468, 472–73 (5th Cir. 2006), which held that a district court may order a term of imprisonment to run consecutively with an unimposed state sentence. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4